UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ELLIS D FORD,

      Petitioner,

v.                                                     Case No. 5:19cv321-TKW-HTC

MARK INCH,

      Respondent.

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 13). No objections were filed. Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Petitioner's §2254 petition should be denied.

Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    The §2254 petition (Doc. 1) challenging Petitioner's conviction in Washington County 2013-CF-260 is **DENIED**.

3.    A certificate of appealability is **DENIED**.

4.     The Clerk is directed to enter judgment in accordance with this Order and close the file.

**DONE and ORDERED** this 26th day of July, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**